IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00303-BNB

KEVIN CANADA,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Kevin Canada, a *pro se* litigant, initiated this action by filing his claims on a Title VII Complaint form. Upon review of the Complaint, the Court finds that Plaintiff is not filing a Title VII complaint but a civil complaint pursuant to 28 U.S.C. § 1346(b) and 28 U.S.C. §§ 2671-2680, Federal Tort Claims Act (FTCA). Therefore, Mr. Canada must file his Complaint on the proper Court-approved complaint form used in filing civil complaints. Mr. Canada is advised that he must complete the entire complaint form. Accordingly, it is

ORDERED that Mr. Canada file, **within thirty days from the date of this Order,** an Amended Complaint on the Court's Complaint form. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Canada, together with a copy of this Order, two copies of the Complaint form. It is

FURTHER ORDERED that if Mr. Canada fails within the time allowed to file an Amended Complaint on the proper form as directed the action will be dismissed without further notice.

DATED February 15, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00303-BNB

Kevin Canada
107 Buckboard Drive
PO Box 1023
Norwood, CO 81423

I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk