IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00303-BNB

KEVIN C. CANADA,

    Plaintiff,

v.

UNITED STATES,
VA HOSPITAL, and
UNIVERSITY OF COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 15 2008

GREGORY C. LANGHAM
                  CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that because the action is filed pursuant to the Federal Tort Claims Act the only properly named Defendant to be served is the United States. Defendants VA Hospital and University of Colorado shall be removed from the Docket as parties to the action.

DATED April 15, 2008, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00303-BNB

Kevin Canada
107 Buckboard Drive
PO Box 1023
Norwood, CO 81423

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/15/08

                          GREGORY C. LANGHAM, CLERK

                     By: _____
                               Deputy Clerk