IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00303-EWN-KMT

KEVIN CANADA,

    Plaintiff.

v.

UNITED STATES,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Unopposed Motion to Move Proceedings to the District Court Facility in Durango, Colorado" (#22, filed July 30, 2008) is GRANTED in part. Plaintiff may attend the Scheduling Conference set for August 7, 2008 at 9:30 a.m. by telephone by calling **(303) 335-2780**. Plaintiff must file a motion for all additional proceedings to be heard telephonically as they are set.

Dated: August 5, 2008