IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00303-EWN-KMT

KEVIN CANADA,

    Plaintiff.

v.

UNITED STATES,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff's Unopposed Motion for Extension of Time to File a New and/or Supplemental Certificate of Review Pursuant to C.R.S., Section 13-20-602 and to Make Disclosures" (#43, filed September 22, 2008) is GRANTED. Plaintiff shall file a new and/or supplemental Certificate of Review pursuant to Colo. Rev. Stat. § 13--2--602, and shall make his initial disclosures pursuant to Fed. R. Civ. P. 26 no later than December 18, 2006.

Defendant's "Motion for Judgment on the Pleadings" is DENIED without prejudice as moot. Defendant may re-file its motion, if necessary, after review of Plaintiff's new and/or supplemental Certificate of Review.

Dated: October 10, 2008